UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3209**

In re: James Anderson

**ORDER**

On November 12, 2025, this Court received Petitioner's petition requesting relief under 28 U.S.C. § 2254, which was transferred from the United States District Court for the Eastern District of Pennsylvania for consideration as a motion under 28 U.S.C. § 2244 for an Order Authorizing the District Court to Consider a Second or Successive Application for Relief.  Pursuant to Third Circuit Local Appellate Rule 22.5(h), if the district court enters an order transferring a petition, it shall promptly forward the record to this Court.  This record includes copies of the proposed new § 2254 application, copies of all prior habeas applications, any magistrate judge's report(s) regarding prior habeas action(s), and the district court opinions and/or order(s) regarding prior habeas action(s).

An additional document, however, is required for the Court to consider the motion.  Accordingly, it is hereby ORDERED that Petitioner submit the following document within 21 days of the date of this order:

(1) a memorandum, not exceeding 20 pages, which clearly states how the standards of § 2244(b) or § 2255 are satisfied.  See 3rd Cir. LAR 22.5(i).

Because the proper document was not included with the § 2244 application, the application is deemed lodged with the Court.

A copy of this document must be served on the District Attorney of Philadelphia. Petitioner must also file a certificate of service with the Clerk of the Court of Appeals demonstrating that the document has been served.  Respondent may file a response within seven days of the filing of Petitioner's completed application.  The deadlines set forth in this order supersede any other deadlines set in this case.

No action will be taken regarding Petitioner's application until the above-listed document is received by the Clerk. Failure to file this document may result in the dismissal of the case.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: November 17, 2025
Gch/cc: Rachel Lopez, Esq.
      District Attorney Philadelphia